STATE v. RICH

No. 384A95-3

Case below: Greene County Superior Court

Petition by Marshall Dayan, as Next Friend of James David Rich, for writ of certiorari to review the decision of the Superior Court, Greene County denied 17 September 1998. Motion by Marshall Dayan, as Next Friend of defendant James David Rich, for stay of execution denied 17 September 1998.

STATE v. ROBINSON

No. 304P98

Case below: 130 N.C.App. 152

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 October 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE v. ROTH

No. 369P98

Case below: 130 N.C.App. 614

Motion by Attorney General for temporary stay allowed 1 September 1998.

STATE v. RYAN

No. 235P98

Case below: 129 N.C.App. 430

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 October 1998.

STATE v. SARTORI

No. 323P98

Case below: 129 N.C.App. 845

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 October 1998.